UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SAMSON JEGEDE,

Petitioner,

v.

CONSTANCE REESE, and IMMIGRATION AND NATURALIZATION SERVICE,

Respondents.

Civil No. 01-238 (JRT/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, an inmate at the Federal Medical Center in Rochester, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he being is confined in violation of his rights under federal law and the Constitution.

Respondents are directed to make a return in writing within 20 days from the date of this order, certifying the true cause and proper duration of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondents believe the writ should not be granted, and setting forth Respondents' recommendation as to whether an evidentiary hearing should be conducted in this matter;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FEB 15 2001
DOSAL, CLERK
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other court documents, administrative records and/or prison records that may be germane to the issues presented in the petition.

Respondents' return should specifically discuss Respondents' position on the following issues:

1. Should Petitioner's conviction be vacated because he received ineffective assistance of counsel?

2. Should the outstanding Immigration and Naturalization Service detainer against Petitioner be vacated?

3. Should the Court declare Petitioner to be non-deportable?

4. Should Petitioner's sentence be shortened pursuant to 18 U.S.C. § 3621(e)?

Absent compliance with this order within the 20 day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: February 14, 2001

E.S. SWEARINGEN,
United States Magistrate Judge