UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-238 (JRT/ESS)

| | | |
|---|---|---|
| SAMSON JEGEDE, | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| CONSTANCE REESE, WARDEN, and INS, | ) | |
| Respondents. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge pursuant to Respondents' request for enlargement of time in which to file their response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondents shall be granted until March 26, 2001 to prepare and submit their response.

Dated: March 6, 2001

E. S. SWEARINGEN
United States Magistrate Judge

MAR 0 8 2001